# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:06-CR-00809      Recorder: CS 12/04/2006      Date: 12/04/2006

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Veronica L. McKamie      Assistant U.S. Attorney: Consuela Woodhead

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| WILLIAM WINE<br>BOND - Present | MELISSA M. DULAC<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

This case is assigned to the calendar of District Judge Manuel L. Real. Counsel are ordered to contact clerk regarding the setting of dates.

Waiver of Indictment filed 11/20/2006.

00 : 4
Initials of Deputy Clerk: VMc

cc: Statistics Clerk, PSALA USMLA



DOCKETED ON CM
DEC - 6 2006
BY ___ 015

17