Wayne E. Beaudoin, State Bar No. 184896
Grant P. Alexander, State Bar No. 228446
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213.892.4992
Fax No.: 213.892.7731
E-Mail:  wbeaudoin@luce.com
         galexander@luce.com

Attorneys for Tracy Torme

*Denied. U.S. atty has to claim jurisdiction in restitution in this case.* — Real 4.3.07

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

WILLIAM WINE,

　　　　　Defendant.

CASE NO. CR 06-00809-R

ORDER DENYING EX PARTE APPLICATION OF TRACY TORME FOR SENTENCING CONSIDERATION AND INCLUSION IN RESTITUTION ORDER

DATE: TBD
TIME: TBD
COURT: 8

Sentencing Date: April 9, 2007
Time: 1:30 p.m.

[The Honorable Manuel L. Real]

The Court having considered Tracy Torme's *ex parte* application and the papers submitted in support thereof, Defendant's opposition, ~~the argument of counsel,~~ and the records and files in this action,

IT IS ORDERED THAT, for No good cause shown: ~~the Exparte Application is~~

(1) The Court finds ~~that defendant William Wine's actions relative to Tracy Torme is "relevant conduct" and shall be taken into consideration on sentencing the defendant; and~~

(2) ~~Tracy Torme shall be included in any restitution order made by the Court as part of defendant William Wine's sentencing.~~

DATED: _____, 2007     _____**DENIED**_____
The Honorable Manuel L. Real
United States District Court Judge

2

Case 2:06-cr-00809-R   Document 26   Filed 04/03/07   Page 3 of 3   Page ID #:89

PROOF OF SERVICE

United States of America v. William Wine, Case No. CR 06-00809 MLR

Judge: Manuel L. Real

I, MELONY HEMPFLING, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017. I am over the age of eighteen years, and am not a party to this action.

On March 30, 2007, I served the following:

**[PROPOSED] ORDER ON EX PARTE APPLICATION OF TRACY TORME FOR SENTENCING CONSIDERATION AND INCLUSION IN RESTITUTION ORDER;**

on the interested parties in this action by:

X___  **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

X___  **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Mr. Beong-Soo Kim  
U.S. Attorney's Office  
312 North Spring Street, Ste. 600  
Los Angeles, CA 90012  
(213) 894-6269 (facsimile)

Melissa M. Dulac, Esq.  
Beck, De Corso, Daly, Kreindler & Harris  
601 W 5th Street, 12th floor  
Los Angeles, CA, 90071  
(213) 489-7532 (facsimile)

X___  **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on March 30, 2007.

*/s/ Melony Hempfling*  
MELONY HEMPFLING

1