# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

SEND

| Case No. | **CR 03-759-TJH** | Date | APRIL 16, 2007 |
|---|---|---|---|

Present: The Honorable **TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE PRESIDING**

Interpreter   N/A

| YOLANDA SKIPPER | GARY GEORGE | ROSA HUERTAS, USPO<br>PAUL STERN, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. JOSEPH B. PARSONS | ✗ | ✗ | | 1. ANTHONY EAGLIN, DFPD | ✗ | ✗ | |

**Proceedings:**   **FINAL Revocation of Supervised Release**

Cause called and counsel make their appearances.   Court and counsel confer.

Defendant states his true name.  The defendant was advised of his constitutional rights and the Defendant's constitutional waivers are taken.  Defense counsel joins in waiver of defendant's constitutional rights.  Defendant voluntarily waives his right to a hearing.

Defendant ADMITS allegations one of the petition on probation for revocation of supervised release.  The court questions defendant re admission and hereby accepts defendants admission as being free and voluntarily made.

The Court finds defendant is in violation of supervised release and supervised release is hereby revoked, vacated and IT IS ADJUDGED that the defendant is hereby committed to the Bureau of Prisons for a term of ninety (90) days.  Government's motion to dismiss allegation two is granted.

The Court finds this to be a terminal disposition and no further supervised release ordered.

**(REFER TO JUDGMENT AND COMMITMENT ORDER)**

**IT IS SO ORDERED.**

cc: USM
    USPO
    PSA                                                                                    ***TOTAL HRG . 16  MINS.***