MARC S. HARRIS, State Bar No. 136647
E-Mail: mharris@beckdecorso.com
MELISSA M. DULAC, State Bar No. 209663
E-Mail: mdulac@beckdecorso.com
BECK, DE CORSO, DALY, KREINDLER & HARRIS
A Professional Law Corporation
601 West Fifth Street, 12th Floor
Los Angeles, California  90071
Telephone: (213) 688-1198
Facsimile: (213) 489-7532

Attorneys for Defendant
William Wine

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-00809-R |
| Plaintiff, | **DEFENDANT WILLIAM WINE'S SENTENCING MEMORANDUM** |
| vs. | |
| WILLIAM WINE, | Sentencing Date: **May 1, 2007**<br>Sentencing Time: **2:00 p.m.** |
| Defendant. | [The Honorable Manuel L. Real] |

## I. INTRODUCTION

On January 8, 2007, Defendant William Wine, a first-time offender, pleaded guilty to a one-count information pursuant to a plea agreement with the government. As reflected in the plea agreement, Mr. Wine misappropriated a substantial amount of money from his then-client, Harry Dean Stanton. Mr. Wine is ashamed and devastated by his conduct, and he accepts complete

224981.1                                   1

responsibility for his actions. As evidenced by letters from his father, William L. Wine, Sr., and his friend, Keith Forster, which are attached as Exhibits A and B, respectively, to the Appendix to Defendant William Wine's Sentencing Memorandum filed herewith under seal, Mr. Wine's conduct is contrary to his character as a law-abiding and hard-working citizen, and loyal friend and son. By his conduct, Mr. Wine turned his own world upside-down and inside-out, and has lost almost all of his friends as a result. The Court can be confident that Mr. Wine poses no threat of future criminal activity.

Foremost on Mr. Wine's mind is his desire to pay restitution to Mr. Stanton as soon as he is able to do so. In fact, as reflected in the PSR, Mr. Wine has already paid $25,000 to Mr. Stanton. Although that sum is a small portion of the total amount he owes to Mr. Stanton, this payment was made at a time when Mr. Wine could pay for little else in his life. Mr. Wine therefore respectfully requests that the Court adopt the government's recommendation and sentence Mr. Wine to a 30-month term, the low end of the applicable Guidelines range.

## II. MR. WINE HAS NO OBJECTION TO EITHER THE SENTENCING CALCULATIONS OF THE PROBATION OFFICER OR THE RECOMMENDATIONS OF THE GOVERNMENT

Mr. Wine concurs with the United States Probation Office's sentencing recommendation in this matter, as set forth in the PSR. Mr. Wine also understands that the government (1) concurs with the PSR's recommendation and (2) believes that the agreed-upon restitution amount of $936,356 should be increased by $50,000 to account for funds Mr. Wine obtained from another

1  client.  Mr. Wine does not object to the $50,000 increase in
2  restitution (but he would object to the inclusion of this amount
3  in the Court's determination of relevant conduct in this case);
4  however, he objects to the last sentence of Paragraph 78 of the
5  PSR, to the extent that sentence purports to state a fact rather
6  than an allegation made by Mr. Torme in his civil suit against
7  Mr. Wine.  That allegation is unproven, as Mr. Torme's judgment
8  was obtained by default rather than on the merits.

10 Dated: April 25, 2007          Respectfully submitted,

11                                BECK, DE CORSO, DALY,
                                  KREINDLER & HARRIS
12                                A Professional Law Corporation

14                           By:         /S/
15                                MELISSA M. DULAC, Attorneys for
                                  Defendant William Wine

BECK, DE CORSO, DALY, KREINDLER & HARRIS
A PROFESSIONAL LAW CORPORATION
601 WEST FIFTH STREET, 12TH FLOOR
LOS ANGELES, CALIFORNIA 90071

224981.1                              3

**PROOF OF SERVICE**

*United States Of America vs. William Wine*
USDC Case No. CR 06-00809-R

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071.

On April 25, 2007, I served the following document(s) described as

**DEFENDANT WILLIAM WINE'S SENTENCING MEMORANDUM**

on the interested parties in this action as follows:

**BY FACSIMILE:** I sent a copy via facsimile transmission to the telefax number indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine.

**BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth on the attached below.

```
Luis A. Rivas
U.S. Probation Officer
600 U.S. Courthouse
312 No. Spring Street
Los Angeles, CA  90012-4708
FAX (213) 894-3620
```

I am readily familiar with Beck, De Corso, Daly, Kreindler & Harris's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

224981.1

4

1  I declare under penalty of perjury that the foregoing is
2  true and correct. I am employed in the office of a member of the
   bar of this Court at whose direction the service was made.

3  Executed on April 25, 2007, at Los Angeles, California.

            _____/S/_____
            VICKI KIRKLAND

BECK, DE CORSO, DALY, KREINDLER & HARRIS
A PROFESSIONAL LAW CORPORATION
601 WEST FIFTH STREET, 12TH FLOOR
LOS ANGELES, CALIFORNIA 90071

224981.1                         5