UNITED STATES DISTRICT COURT          PSEND
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.   **CR-06-809-R**       Date: MAY 1, 2007

===============================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Robert Killian | Beong-Soo Kim |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================

U.S.A. vs (Dfts listed below)        Attorneys for Defendants

1)    **WILLIAM WINE**                      1)    Melissa Dulac
      X present     X bond                          X present     X retained

PROCEEDINGS:   SENTENCING


**Refer to SEPARATE Judgment and Probation/Commitment Order.**


                                                                11 min
                                                                Deputy Clerk Initials ___WH_____