Lawrence C. Hinkle (No. 180551)
DREIER STEIN & KAHAN LLP
1620 26th Street, Sixth Floor, North Tower
Santa Monica, CA 90404
(310) 828-9050
(310) 828-9101 (fax)
Attorneys for Confidential-Victim

WRIT ISSUE

FILED
2007 JUL -6 AM 10: 12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

WILLIAM WINE, JR.

Defendants)

CASE NUMBER:
CR-06-809-R

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

(check one)   ☒ STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
              ☐ STATE OF _____, COUNTY OF _____

I, Lawrence C. Hinkle, hereby state under penalty of perjury that,

1. Judgment for $ 936,356.00 was entered on May 1, 2007 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of the USA and the confidential victim as Judgment Creditor, and against William Wine, Jr. as Judgment Debtor

*(If a Registered Judgment from another Court or District, include the following information)*

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

**NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment in the Central District of California are the following sums:

    $ 5,895.96   accrued interest, computed at 4.89 % *(see note)*
    $ _____   accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Santa Monica   State of California, this 3rd day of July 2007

_____
Signature

---

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

CV-24 (6/01)

American LegalNet, Inc.
www.FormsWorkflow.com